■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSA LALANE-MILLER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.

■ RUSSELL BARDIN, SR., Appellant, v JAMES A. TUOZZOLO et al., Respondents and Third-Party Plaintiffs-Respondents. WILLIAM C. SMITH, Individually and Doing Business as WILLIAM SMITH CONSTRUCTION, et al., Third-Party Defendants-Respondents.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Hayes, J. (Appeal from Order of Supreme Court, Oswego County, Hayes, J.—Summary Judgment.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY MAXSON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant has failed to preserve for our review his contention that the presentence investigation report improperly recommended a specific length of imprisonment *(see,* 9 NYCRR 350.7 [b] [6] [i]). The sentence was neither harsh nor excessive. (Appeal from Judgment of Allegany County Court, Sprague, J.—Manslaughter, 1st Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVIA COLEMAN, Appellant.—Judgment unanimously affirmed. Memorandum: There is no merit to defendant's contention that she was denied a fair trial by prosecutorial misconduct. The prosecutor's questioning of witnesses was, at times, unpolished, repetitious and leading but, in light of the overwhelming evidence against defendant and the court's prompt corrective rulings and instructions to the jury, defendant's right to a fair trial was not substantially prejudiced. (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Grand Larceny, 4th Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.